IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**EDGAR LEE GUINTHER**                                                      **PETITIONER**
*ADC # 100017*

v.                              CASE NO. 2:25-CV-00642-BSM

**DEXTER PAYNE**                                                            **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, the case is dismissed with prejudice.

IT IS SO ORDERED this 22nd day of August, 2025.

_____
UNITED STATES DISTRICT JUDGE